# AFFIDAVIT OF PROCESS SERVER



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 05 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States District Court

State of Nevada

**Latonia Smith**

Plaintiff

vs.

**Fennemore Craig**

Defendant

Attorney:

Latonia Smith
9748 Canyon Landing Ave.
Las Vegas, NV. 89166

Case Number: 2:19-cv-00824-GMN-GWF

Court / Appearance Date: 09-04-2019
Court Time: 08:00 am

Legal documents received by Las Vegas Investigations, Inc. on August 02nd, 2019 at 12:00 PM to be served upon **Jerome Bowen at 3300 North Buffalo Drive, Las Vegas, NV. 89129**

I, Tovia Sam Ching, swear and affirm that on **September 01st, 2019 at 10:30 AM**, I did the following:

**Individually** Served **Jerome Bowen** the person listed as the intended recipient of the legal document with a conformed copy of this **Subpoena To Testify At A Deposition In A Civil Action**. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

I being duly sworn, states: that all times herein, Affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.
1. If executed in this State:\"I declare under penalty of perjury that the foregoing is true and correct.\"
Executed on 9-4-19

_____
Tovia Sam Ching
Process Server, # R-084557

**Las Vegas Investigations, Inc.**
**dba Action Process Service of Nevada**
7345 S. Durango Dr. #B107-179
Las Vegas, 89113

(702) 309-7378

Internal Job ID: 2019000728

Reference Number:

Copyright © 2014 Process Server Central, LLC. US Pat. 8.396.765. All Rights Reserved.

# AFFIDAVIT OF PROCESS SERVER

**United States District Court**  State of Nevada

```
____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
         COUNSEL/PARTIES OF RECORD

         SEP 05 2019

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

**Latonia Smith**

    Plaintiff

vs.

**Fennemore Craig**

    Defendant

Attorney:

Latonia Smith
9748 Canyon Landing Ave.
Las Vegas, NV. 89166

Case Number: 2:19-cv-00824-GMN-GWF

Court / Appearance Date: 09-03-2019
Court Time: 09:45 am

Legal documents received by Las Vegas Investigations, Inc. on August 27th, 2019 at 12:00 PM to be served upon **Brandon Trout at 10522 Lilac Tree Ave., Las Vegas, NV. 89135**

I, Tovia Sam Ching, swear and affirm that on **August 28th, 2019 at 8:06 PM**, I did the following:

**Individually** Served **Brandon Trout** the person listed as the intended recipient of the legal document with a conformed copy of this **Subpoena To Testify At A Deposition In A Civil Action**. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

I being duly sworn, states: that all times herein, Affiant was and is a citizen of the United States, over 18 years of age. not a party to or interested in the proceedings in which this Affidavit is made.
1. If executed in this State:\"I declare under penalty of perjury that the foregoing is true and correct.\"
Executed on _9-4-19_

_____
Tovia Sam Ching
Process Server, # R-084557

Las Vegas Investigations, Inc.
dba Action Process Service of Nevada
7345 S. Durango Dr. #B107-179
Las Vegas, 89113

(702) 309-7378

Internal Job ID: 2019000730

Reference Number:

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

# AFFIDAVIT OF PROCESS SERVER

**United States District Court**

**State of Nevada**

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 05 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

**Latonia Smith**

    Plaintiff

vs.

**Fennemore Craig**

    Defendant

Attorney:

Latonia Smith
9748 Canyon Landing Ave.
Las Vegas, NV. 89166

**Case Number:** 2:19-cv-00824-GMN-GWF

**Court / Appearance Date:** 09-23-2019
**Court Time:** 09:00 am

Legal documents received by Las Vegas Investigations, Inc. on August 27th, 2019 at 12:00 PM to be served upon **Brandon Trout at 10522 Lilac Tree Ave., Las Vegas, NV. 89135**

I, Tovia Sam Ching, swear and affirm that on **August 28th, 2019 at 8:06 PM**, I did the following:

**Individually** Served **Brandon Trout** the person listed as the intended recipient of the legal document with a conformed copy of this **Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action**. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**


I being duly sworn, states: that all times herein, Affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.
1. If executed in this State:\"I declare under penalty of perjury that the foregoing is true and correct.\"
Executed on _9-4-19_

_____
Tovia Sam Ching
Process Server, # R-084557

**Las Vegas Investigations, Inc.**
**dba Action Process Service of Nevada**
7345 S. Durango Dr. #B107-179
Las Vegas, 89113

(702) 309-7378

Internal Job ID: 2019000731

Reference Number:

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

**Latonia Smith**

　　Plaintiff

vs.

**Fennemore Craig**

　　Defendant

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                        COUNSEL/PARTIES OF RECORD

        SEP 05 2019

State of Nevada
        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Attorney:

Latonia Smith
9748 Canyon Landing Ave.
Las Vegas, NV. 89166

**Case Number:** 2:19-cv-00824-GMN-GWF

**Court / Appearance Date:** 09-23-2019
**Court Time:** 09:00 am

Legal documents received by Las Vegas Investigations, Inc. on August 02nd, 2019 at 12:00 PM to be served upon **Brandon Trout at 3790 Paradise Road Suite 250, Las Vegas, NV. 89169**

I, Phillip M. Roszelle, swear and affirm that on **August 23rd, 2019 at 10:50 AM**, I did the following:

**NON-SERVED**: After a number of diligent attempts, I was unable to serve the   because the subject appears to be evading the service of process.

**Supplemental Data Appropriate to this Service:**
8/13/19 10:35 PM Per Eve assistant stated subj. is unavailable
8/23/19 10:50 AM Subj. refused to come fwd. and accept

I being duly sworn, states: that all times herein, Affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.
1. If executed in this State:\"I declare under penalty of perjury that the foregoing is true and correct.\"
Executed on  8/26/19

Phillip M. Roszelle
Process Server, # 1478

Las Vegas Investigations, Inc.
dba Action Process Service of Nevada
7345 S. Durango Dr. #B107-179
Las Vegas, 89113

(702) 309-7378

Internal Job ID: 2019000649

Reference Number:

Copyright © 2014 Process Server Central, LLC  US Pat 8,396,765 All Rights Reserved

# AFFIDAVIT OF PROCESS SERVER

United States District Court      State of Nevada

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         SEP 05 2019

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

**Latonia Smith**

    Plaintiff

vs.

**Fennemore Craig**

    Defendant

Attorney:

Latonia Smith
9748 Canyon Landing Ave.
Las Vegas, NV. 89166

Case Number: 2:19-cv-00824-GMN-GWF

Court / Appearance Date: 09-03-2019
Court Time: 09:45 am

Legal documents received by Las Vegas Investigations, Inc. on August 02nd, 2019 at 12:00 PM to be served upon **Brandon Trout at 3790 Paradise Road Suite 250, Las Vegas, NV. 89169**

I, Phillip M. Roszelle, swear and affirm that on **August 23rd, 2019 at 10:50 AM**, I did the following:

**NON-SERVED**: After a number of diligent attempts, I was unable to serve the because the subject appears to be evading the service of process.

**Supplemental Data Appropriate to this Service:**
8/13/19 10:35 PM Per Eve assistant stated subj. is unavailable
8/23/19 10:50 AM Subj. refused to come fwd. and accept

I being duly sworn, states: that all times herein, Affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.
1. If executed in this State:\"I declare under penalty of perjury that the foregoing is true and correct.\"
Executed on _____

Phillip M. Roszelle
Process Server, # 1478

Las Vegas Investigations, Inc.
dba Action Process Service of Nevada
7345 S. Durango Dr. #B107-179
Las Vegas, 89113

(702) 309-7378

Internal Job ID: 2019000648

Reference Number:

Copyright © 2014 Process Server Central, LLC  US Pat. 8,396,765 All Rights Reserved.

# AFFIDAVIT OF PROCESS SERVER

**United States District Court**  **State of Nevada**

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 05 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**Latonia Smith**

    Plaintiff

vs.

**Fennemore Craig**

    Defendant

Attorney:

Latonia Smith
9748 Canyon Landing Ave.
Las Vegas, NV. 89166

Case Number: 2:19-cv-00824-GMN-GWF

**Court / Appearance Date:** 09-04-2019
**Court Time:** 08:00 am

Legal documents received by Las Vegas Investigations, Inc. on August 02nd, 2019 at 12:00 PM to be served upon **Jerome Bowen at 9960 W Cheyenne Ave #250, Las Vegas, NV. 89129**

I, Phillip M. Roszelle, swear and affirm that on **August 23rd, 2019 at 10:12 AM**, I did the following:

**NON-SERVED**: After a number of diligent attempts, I was unable to serve the because the subject appears to be evading the service of process.

**Supplemental Data Appropriate to this Service:**
8/13/19 12:20PM Subj. unavailable at office location
8/14/19 12:19 PM Subj. not available
8/20/19 3:12 PM Subj. Unavailable
8/23/19 10:122 PM Was told subj. is out of town

I being duly sworn, states: that all times herein, Affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.
1. If executed in this State:\"I declare under penalty of perjury that the foregoing is true and correct.\"
Executed on _8/26/19_

Phillip M. Roszelle
Process Server, # 1478

Las Vegas Investigations, Inc.
dba Action Process Service of Nevada
7345 S. Durango Dr. #B107-179
Las Vegas, 89113

(702) 309-7378

Internal Job ID: 2019000656

Reference Number:

Copyright © 2014 Process Server Central, LLC US Pat 8,396,765 All Rights Reserved

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

Latonia Smith

    Plaintiff

vs.

Fennemore Craig

    Defendant

Attorney:

Latonia Smith
9748 Canyon Landing Ave.
Las Vegas, NV. 89166

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 05 2019

State of Nevada
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Case Number: 2:19-cv-00824-GMN-GWF

Court / Appearance Date: 09-23-2019
Court Time: 09:00 am

Legal documents received by Las Vegas Investigations, Inc. on August 02nd, 2019 at 12:00 PM to be served upon **Jerome Bowen at 3300 North Buffalo Drive, Las Vegas, NV. 89129**

I, Tovia Sam Ching, swear and affirm that on **September 01st, 2019 at 10:30 AM**, I did the following:

**Individually Served Jerome Bowen** the person listed as the intended recipient of the legal document with a conformed copy of this **Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action**. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

I being duly sworn, states: that all times herein, Affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.
1. If executed in this State,\"I declare under penalty of perjury that the foregoing is true and correct.\"
Executed on 9-4-19

Tovia Sam Ching
Process Server, # R-084557

Las Vegas Investigations, Inc.
dba Action Process Service of Nevada
7345 S. Durango Dr. #B107-179
Las Vegas, 89113

(702) 309-7378

Internal Job ID: 2019000729

Reference Number:

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.