AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

FILED
ENTERED
COUNSEL

RECEIVED
SERVED ON
PARTIES OF RECORD

SEP 10 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Civil Action No. 19CV824

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* JANICE Proctor Murphy
on *(date)* August 7 2019.

☒ I served the subpoena by delivering a copy to the named individual as follows: Personally Served

11:50 AM on *(date)* 8-14-2019 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8-19-2019

_____ #1874
*Server's signature*

LARRY HAYNES Process Server
*Printed name and title*

9393 N. 90th St #121 Scottsdale AZ 85258
*Server's address*

Additional information regarding attempted service, etc.: