LATONIA SMITH
9748 CANYON LANDING AVE
Las Vegas, NV 89166
725-203-2455
PLAINTIFF IN PROPER PERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LATONIA SMITH,

                Plaintiff(s),

         -vs-

FENNEMORE CRAIG,

                Defendant(s).

CASE NO. 2:19-cv-00824-GMN-EJY

**OPPOSITION TO DEFENDANT FENNEMORE CRAIG'S MOTION TO EXTEND DATES**

    To the extent that Fennemore seeks to extend and include dates that are not in sync with the order issued from Judge Foley, Plaintiff opposes defendant's motion. Plaintiff sent correspondence to defense after receipt of their letter that was sent at the last minute. Plaintiff agreed to an extension with different proposed dates. See **Exhibit A** *Correspondence Dated September 10, 2019 Sent In Response To Defense's Letter.*

/s/ Latonia Smith
LATONIA SMITH
9748 CANYON LANDING AVE.
LAS VEGAS, NV 89166

1

# EXHIBIT A

CORRESPONDENCE

SEPTEMBER 10, 2019
RE:   DISCOVERY DEADLINES
      2:19-cv-00824-GMN-EJY

**VIA U.S. MAIL**

    Plaintiff disagrees with your irrelevant insertion of your personal opinions concerning the case.
    Since Plaintiff will be seeking more than ten (10) depositions and extensive discovery, Plaintiff agrees to the following extension, and reserves the right to request another extension to complete discovery. Plaintiff will only stipulate in accordance with the order of Judge Foley.

1. Last date to complete discovery: June 30, 2020
2. Motions due by: July 31, 2020
3. Joint pretrial order due by:  August 31, 2020

/s/ Latonia Smith

CERTIFICATE OF SERVICE

I certify that I am serving a true and correct copy of the attached OPPOSITION TO MOTION TO EXTEND DATES on the parties set forth below by:

_____ placing an original or true copy thereof in a sealed envelope with the correct prepaid postage affixed for collection and mailing in the United States Mail, at Las Vegas, Nevada.

\_\_\_X\_\_\_ Certified Mail, Return Receipt Requested of the document(s) listed above to the person(s) at the address(es) set forth below

_____ E-service

_____ Personal delivery through a process server of the document(s) listed above to the person(s) at the address(es) set forth below

Alex Fugazzi and Michael Paretti

SNELL AND WILMER

3883 Howard Hughes Parkway Suite 1100

Las Vegas, NV 89169

702-784-5200

afugazzi@swlaw.com

mparetti@swlaw.com

/s/ Latonia Smith

Plaintiff, In Proper Person

Dated this 25th day of September 2019