UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LATONIA SMITH,

    Plaintiff,

v.

FENNEMORE CRAIG,

    Defendant.

Case No. 2:19-cv-00824-GMN-EJY

**ORDER**

Before the Court is Plaintiff's Emergency Motion to Vacate Order of Magistrate Judge and Lift Stay docketed as Motions ECF Nos. 70 and 71. Plaintiff has not met the requirements for filing an emergency motion under Local Rule 7-4 and Local Rule 26-7(d). Therefore, Motions ECF Nos. 70 and 71 will be taken under submission as non-emergency motions.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's request for emergency relief as stated in her Emergency Motion to Vacate Order of Magistrate Judge and Lift Stay (ECF Nos. 70 and 71) are DENIED.

IT IS FURTHER ORDERED that Defendant shall have until October 21, 2019 to file its Responses to Plaintiff's Motions, and Plaintiff shall have until October 28, 2019 to file her Replies.

DATED: October 9, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1