# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LATONIA SMITH, | ) |
| Plaintiff, | ) Case No.: 2:19-cv-00824-GMN-EJY |
| vs. | ) |
| | ) **ORDER** |
| FENNEMORE CRAIG, | ) |
| Defendant. | ) |

Pending before the Court is Defendant Fennemore Craig, P.C.'s ("Defendant's") Motion for Clarification, (ECF No. 84), which concerns the Court's prior Order, (ECF No. 83). Defendant requests clarification on whether the Court dismissed Plaintiff Latonia Smith's ("Plaintiff's") claim for intentional infliction of emotional distress with or without prejudice.

The Court now clarifies that it dismissed Plaintiff's claim for intentional infliction of emotional distress *without* prejudice. While parts of her claim appeared non-actionable as a matter of law (e.g. statements made by Defendant when securing a temporary restraining order or petitioning a court for relief), the Complaint's lack of specificity forced the Court to speculate about which grounds Plaintiff intended to assert as a basis for this claim. As a result, dismissal without prejudice was appropriate, which subjected the claim to a twenty-one-day deadline for amendment as imposed by the Court's Order. (Order 24:2–5, ECF No. 83). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Clarification, (ECF No. 84), is **GRANTED**.

**DATED** this __11__ day of March, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1